UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BERNARD VERRETT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-351** |
| **DARREL VANNOY, WARDEN** | **SECTION: "I"(5)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Bernard F. Verrett, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the petition of Bernard Verrett for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 13th day of August, 2019.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**